IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

_____

SHELLEY B. WILLIAMS, Ed.D.,

    Plaintiff,

VS.                                                         DOCKET NO.: 3:15-CV-00167-BSM

WEST MEMPHIS SCHOOL DISTRICT,
a Public Body Corporate,
JON COLLINS, in his individual and
official capacity as School Superintendent,
GHERIC BRUCE, RANDY CATT, GARY
MASNER, LISA PERRY, PHILLIP SORRELL,
RANDY SULLIVAN, and LESLIE WELLS,
individually and in their official capacities
as members of the BOARD OF EDUCATION
FOR THE WEST MEMPHIS SCHOOL
DISTRICT, a Public Body Corporate,

    Defendants.

_____

CONSENT ORDER OF DISMISSAL WITH PREJUDICE
_____

COME NOW the parties, by and through counsel of record, and would show that all things and matters in controversy have been resolved and that this cause should be dismissed in its entirety with full and complete prejudice.

IT IS HEREBY ORDERED, ADJUDGED and DECREED BY THE COURT, by and with the consent of the Plaintiff and Defendants that this cause be, and Defendants are hereby dismissed with prejudice, with the parties to each bear their own discretionary costs. Court costs will be paid by Defendants and said cost bill can be forwarded to their attorney, Rebecca Adelman, Hagwood Adelman Tipton, PC, 647 South Main Street, Tennessee 38103.

IT IS SO ORDERED THIS 6th day of February 2017

*[signature: Brian S. Miller]*

UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*s/AUSTIN PORTER, JR.*
Austin Porter, Jr., Esq.
*Counsel for Plaintiff*
Porter Law Firm
323 Center Street, Suite 1035
Little Rock, AR 72201

HAGWOOD ADELMAN TIPTON, PC

*s/REBECCA ADELMAN*
Rebecca Adelman, #92012
*Counsel for Defendants*
647 South Main Street
Memphis, TN  38103
Tel. 901.529.9313
Fax 901.529.8772