**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SHELLEY B. WILLIAMS**                                                                        **PLAINTIFF**

**v.**                                        **CASE NO. 3:15CV00167 BSM**

**WEST MEMPHIS SCHOOL DISTRICT, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice,

with each party bearing its own costs and fees.

IT IS SO ORDERED this 6th day of February 2017.


_____
UNITED STATES DISTRICT JUDGE